**Order filed January 13, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00678-CR
_____

**GLYNN CHASE WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCR-059441A**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 1, a CD.**

The clerk of the 240th District Court is directed to deliver to the Clerk of this court the original of State's Exhiibit1, a CD, on or before **January 23, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 1, a CD, to the clerk of the 240th District Court.

PER CURIAM